# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 13-** |
| | : | |
| | : | **VIOLATION:** |
| **v.** | : | |
| | : | 26 U.S.C. § 7203 (Failure to File |
| | : | Corporate Income Tax Returns) |
| **TROY WHITE,** | : | |
| | : | |
| **Defendant.** | : | |

## MISDEMEANOR INFORMATION

The United States Attorney charges:

At all times material to this Information:

### Background

1. Defendant Troy White ("WHITE"), a resident of the City of New York, was the sole owner and operator of Wytehouse Marketing, Inc. ("WYTEHOUSE"), a for-profit corporation registered in the State of New York. WYTEHOUSE provided marketing services to various clients, including political campaigns, with an emphasis on marketing in urban areas through the use of "street teams." WHITE was responsible for filing a Form 1120 corporate income tax return on behalf of WYTEHOUSE with the United States Internal Revenue Service (the "IRS") that reported, among other things, WYTEHOUSE's gross receipts.

2. WYTEHOUSE operated under a fiscal year which began on May 1 of each calendar year and ended on April 30 of the following calendar year. Defendant WHITE knew that he was required by law to file WYTEHOUSE's Form 1120 corporate income tax return with the IRS on or before July 15 of each calendar year.

3. On or about June 19, 2008, defendant WHITE filed and signed WYTEHOUSE's Form 1120 corporate income tax returns with the IRS that reported, among other things, WYTEHOUSE's gross receipts of $138,408 for the 2005 fiscal year, and $111,789 for the 2006 fiscal year.

4. Defendant WHITE failed to file WYTEHOUSE's Form 1120 corporate income tax returns with the IRS for the following years:

| WYTEHOUSE Fiscal Year | Time Period Covered | WYTEHOUSE Gross Receipts | Tax Loss | Filing Deadline Date |
| --- | --- | --- | --- | --- |
| 2007 | May 1, 2007 – April 30, 2008 | $507,300 | $8,329 | July 15, 2008 |
| 2008 | May 1, 2008 – April 30, 2009 | $297,815 | $1,859 | July 15, 2009 |
| 2009 | May 1, 2009 – April 30, 2010 | $129,095 | $5,622 | July 15, 2010 |
| 2010 | May 1, 2010 – April 30 2011 | $124,296 | $4,915 | July 15, 2011 |

## COUNT ONE

### (Failure to File Corporate Income Tax Returns)

5. The allegations in paragraphs 1 through 4 of this Information are alleged and incorporated by reference herein.

6. From on or about July 15, 2008, through and including on or about July 15, 2011, defendant WHITE was required by law to file a Form 1120 corporate income tax return with the IRS on behalf of WYTEHOUSE either on or before July 15 of each calendar year stating, among other things, WYTEHOUSE's gross receipts for the fiscal year, and defendant WHITE, knowing

those facts, willfully failed to file the required Form 1120 corporate income tax returns on behalf of WYTEHOUSE with the IRS.

**(Failure to File Corporate Income Tax Returns, in Violation of Title 26, United States Code, Section 7203)**

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447-889

By: _____
Loyaan A. Egal, New York Bar
Ephraim (Fry) Wernick, D.C. Bar No. 497-158
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
loyaan.egal@usdoj.gov
ephraim.wernick@usdoj.gov
(202) 252-7899 (AUSA Egal)
(202) 252-7092 (AUSA Wernick)